**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

    Kimberly E Safford

Debtor(s)

Case No. 13-27106

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/03/2013.

2) The plan was confirmed on 11/15/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 07/12/2018.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $5,000.00.

10) Amount of unsecured claims discharged without payment: $69,533.77.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $76,740.30 | |
| Less amount refunded to debtor | $0.30 | |
| **NET RECEIPTS:** | | **$76,740.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $3,504.76 | |
| Other | $55.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$7,059.76** |

Attorney fees paid and disclosed by debtor:      $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE CORP | Unsecured | 1.00 | 1,831.06 | 1,831.06 | 1,795.95 | 0.00 |
| AUTOMOTIVE CREDIT CORP | Secured | 11,826.00 | 11,826.00 | 11,826.00 | 11,826.00 | 289.21 |
| BARONS CREDITORS SERVICE CORP | Unsecured | 29,670.00 | 12,768.71 | 12,768.71 | 7,718.82 | 0.00 |
| CAMCO LLC | Unsecured | NA | 5,434.91 | 5,434.91 | 5,330.70 | 0.00 |
| CERASTES LLC | Unsecured | 232.00 | 1,180.00 | 1,180.00 | 1,157.38 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 2,300.00 | 3,323.30 | 3,323.30 | 3,259.58 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 713.32 | 575.94 | 575.94 | 564.90 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 537.00 | 542.00 | 542.00 | 531.61 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 269.00 | 310.40 | 310.40 | 304.45 | 0.00 |
| HAZEL I JAO | Unsecured | 12,732.00 | 12,800.00 | 12,800.00 | 12,554.58 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,410.70 | 5,563.35 | 5,563.35 | 5,456.68 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,833.91 | 7,986.02 | 7,986.02 | 7,986.02 | 0.00 |
| NICOR GAS | Unsecured | 503.13 | 500.16 | 500.16 | 490.57 | 0.00 |
| ONEMAIN | Unsecured | NA | 6,848.86 | 6,848.86 | 2,466.29 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | NA | 216.75 | 216.75 | 212.59 | 0.00 |
| PYOD | Unsecured | 3,740.00 | 3,740.94 | 3,740.94 | 3,669.21 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 510.00 | 510.00 | 500.22 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 0.00 | 723.19 | 723.19 | 709.32 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 1,165.00 | 1,603.66 | 1,603.66 | 1,572.91 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE | Unsecured | 1,697.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE | Unsecured | 2,731.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECEIVABLE | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| BARON COL | Unsecured | 4,408.00 | NA | NA | 0.00 | 0.00 |
| BEN ASTERIA AVATRA BHANDARI | Unsecured | 1,495.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CASH MART | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| CHASE/NSF | Unsecured | 151.06 | NA | NA | 0.00 | 0.00 |
| CHICAGO AREA OFFICE FEDERAL CU | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AARONS RENTAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ALBERT LAW FIRM | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ALBERT LAW FIRM | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ALLIED DATA CORPORATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 2,160.00 | NA | NA | 0.00 | 0.00 |
| KATHLEEN GERAGHTY | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF KEITH SHINDLER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MARKOFF & KRASNY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MORGAN & PERL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE ACCEPTANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY I | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| FFCC0COLUMBUS INC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC/COMED | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |
| CPS SECURITY | Unsecured | 153.27 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 243.46 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 215.42 | NA | NA | 0.00 | 0.00 |
| SJ MORNINGLIGHT | Unsecured | 4,725.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK/NFS | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| HARRIS AND HARRIS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| STANDARD PARKING | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC/COMCAST | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| SURETY FINANCIAL SERVICES | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| TX COLLECTION | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PEKAY & BLITSTEIN PC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PNC | Unsecured | 676.01 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PRANEETH PURIMETTA/MORGEN & | Unsecured | 9,575.00 | NA | NA | 0.00 | 0.00 |
| SANFORD R KAHN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD INC/MDA CITY | Unsecured | 6,162.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING COMPANY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| INSTANT CASH ADVANCE | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| INVESTIGATION AND RECOVERY | Unsecured | 13,683.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 504.00 | 585.79 | 585.79 | 574.56 | 0.00 |
| VILLAGE OF ITASCA | Unsecured | 552.67 | 722.54 | 722.54 | 708.69 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,826.00 | $11,826.00 | $289.21 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,826.00** | **$11,826.00** | **$289.21** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,986.02 | $7,986.02 | $0.00 |
| **TOTAL PRIORITY:** | **$7,986.02** | **$7,986.02** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$59,781.56** | **$49,579.01** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,059.76 |
| Disbursements to Creditors | $69,680.24 |
| | |
| **TOTAL DISBURSEMENTS :** | **$76,740.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/29/2018                    By: /s/ Glenn Stearns
                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**